HENRY FAUCETT, RESPONDENT, *v.* FRED. S. NICHOLS, APPELLANT.

APPEAL from a judgment in favor of plaintiff, entered upon a verdict at the Steuben County Circuit.   The action was brought by the plaintiff, a guest at the defendant's inn, to recover for certain of his property, destroyed by fire at the inn, through defendant's negligence, while the plaintiff was such guest.   The answer set up that the fire was the work of an incendiary.   The jury brought in a verdict for the plaintiff.   Evidence was offered, and excluded, to show an attempt to fire another building in the village the same night, and that defendant's property was not insured.

The General Term found no error in the case on appeal.

*G. B. Bradley*, for the appellant.

*W. B. Ruggles*, for the respondent.

Opinion by E. D. SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.